# Exhibit C

**Macomb County Sheriff's Office**
**CASE REPORT SUPPLEMENT**

CASE# **2015-00061592**

**SUPPLEMENTAL NARRATIVE**

DB Supplement-Boating Accident- #61592-15

Origin:
I responded to MacRay Harbor located at 30675 N. River, Harrison Twp. regarding a boating accident which occurred on Lake St. Clair.

Information:
I was advised several individuals involved in the accident had been transported to the marina and Deputy Romita was on scene with the subjects. I arrived on scene and Deputy Romita indicated he had identified all (6) subjects aboard the 27' Sea Ray.

Interview W/ Stefanovski:
Stefanovski was identified as the owner of the vessel and an interview was conducted. Stefanovski stated he had driven the vessel out from the marina into Lake St. Clair at approximately 19:00 hours and was accompanied by the (5) other individuals. Stefanovski stated prior to leaving the marina, he conducted a thorough check of his equipment and indicated all of the lighting on the vessel was in working order.

Stefanovski eventually stopped his vessel, the engine(s) were shut off, and the vessel was adrift. Stefanovski stated all subjects aboard then engaged in playing a card game or fishing. Stefanovski stated he was seated in the captain's chair of the vessel and was playing cards. Stefanovski eventually heard the sound of another boat's engine(s), he looked over to the port side of his vessel, and observed the 30' Eliminator approaching at a high rate of speed. The 30' Eliminator then struck the rear portion of Stefanovski's port side and Stefanovski stated he was ejected from his vessel. Stefanovski was unable to determine if the 30' Eliminator's lights were on and he was only able to see the bow of the vessel. Stefanovski stated one of his passengers, identified as Myles, had also been ejected from his vessel.

After the collision, Stefanovski observed Michael Urick in the water and observed an additional vessel had arrived on scene. Stefanovski believed the vessel belonged to an acquaintance of Urick and stated the subjects on board the vessel started shouting at the passengers aboard his vessel. Stefanovski did not see Tamara Urick. Stefanovski stated one of his passengers, identified as Winn, contacted (911) and the U.S. Coast Guard were first to arrive on scene. Stefanovski also observed a small fishing vessel in the vicinity, the vessel had two males on board, and Stefanovski believed the subjects had witnessed the incident.

Interview W/ Elizabeth Katsias:
Elizabeth stated she had been seated on the starboard side of the vessel in the rear portion.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Morfino | 9/22/2015 | Morfino, Mark | 9/22/2015 |

**Macomb County Sheriff's Office**
**CASE REPORT SUPPLEMENT**

CASE# **2015-00061592**

**SUPPLEMENTAL NARRATIVE (continuation)**

Elizabeth stated she observed the 30' Eliminator make an abrupt turn just prior to contact and the vessel collided with the port side of Stefanovski's vessel. Elizabeth stated she heard the vessel's engine(s) just prior to contact and she was unsure if the 30' Eliminator's lights were on. Elizabeth stated the anchor light of their vessel was definitely on, but she was unsure about the other lights on their vessel. Elizabeth also confirmed Stefanovski and Myles had been ejected from their vessel. Elizabeth also saw Michael Urick swimming towards another vessel that had arrived on scene, but she was unsure how he had been extracted from the water. According to Elizabeth, Michael Urick was shouting,"You killed my wife!" Elizabeth did not see Tamara Urick in the water.

Interview W/ Austin Winn:
Winn was seated in the rear portion of the vessel on a cooler. Winn indicated he heard the 30" Eliminator's engine(s) in the distance shortly before the collision, but he was not concerned at the time. Winn stated prior to the collision, he looked up and saw the 30" Eliminator approximately (50) yards away from their vessel. Winn indicated the vessel made an abruptly turn and then struck the port side of their vessel. Winn confirmed Stefanovski and Myles had been ejected from their vessel. Winn also confirmed the anchor light of their vessel was on prior to contact. Winn indicated he saw Michael Urick in the water and he was shouting for his wife.

Interview W/ Megan Spiels:
Spiels was seated in the rear portion of the vessel on the port side. Megan stated she observed the 30' Eliminator just prior to contact and advised the vessel made an abrupt turn before contact. Spiels also confirmed an additional vessel arrived on scene and was shouting at them. Spiels indicated she observed Michael Urick in the water and he was shouting for his wife .Spiels confirmed their vessel's lights were on and had been checked by Stefanovski prior to their departure.

Interview W/ Myles:
Myles stated he had been on the rear portion of the vessel on the port side and was fishing. Myles indicated he had been with Stefanovski prior to their departure, all of the lights on their vessel had been checked, and were operational. Myles was sure the anchor light of their vessel was on, but was unsure about the other lights on the vessel. Myles was also unsure if the lights on the 30' Eliminator were on and he indicated he could only see the bow of the vessel prior to contact.

I was contacted by Myles via telephone on 9/20/15, he indicated he had sought additional medical treatment, and it was determined he had sustained a fracture to his left leg. Myles was urged to maintain documentation of all medical treatment.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Morfino | 9/22/2015 | Morfino, Mark | 9/22/2015 |

**Macomb County Sheriff's Office**
CASE REPORT SUPPLEMENT CASE# **2015-00061592**

**SUPPLEMENTAL NARRATIVE (continuation)**

Interview W/ Alexis Katsias:
Alexis had been seated in the front portion of the vessel behind Stefanovski. Alexis confirmed she heard the 30' Eliminator prior to contact and she was unsure if the vessel's lights were on.

Deputy Romita obtained written witness statements prior to my arrival and they were forwarded. All subjects aboard the 27" Sea Ray confirmed their vessel was adrift, the anchor had not been deployed, and the engine(s) were off. The subjects could not confirm if the lights on the 30' Eliminator were on, but all confirmed the lights on their vessel were operational.

Notification:
I was advised by D/Sgt. Findlay Tamara Urick's body had been recovered from Lake St. Clair and photographs were available. I obtained a photograph of Tamara Urick for identification purposes and responded to McLaren Hospital. (Assisted by Det. Babbitt)

I made contact with Michael Urick, Michael Urick reviewed the photograph, and positively identified Tamara Urick. Michael Urick was provided the number to the Macomb County Medical Examiner's Office and he was informed on procedures. The identification form was signed by Michael Urick and was faxed to the Macomb County Medical Examiner's Office.

Disposition:
D/Sgt Abro, D/Sgt Findlay, and Det. Wohlfield were briefed on all available information obtained.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **Morfino** | **9/22/2015** | **Morfino, Mark** | **9/22/2015** |