# Exhibit D

**Macomb County Sheriff's Office**
CASE REPORT SUPPLEMENT CASE# **2015-00061592**

**SUPPLEMENTAL NARRATIVE**

ORIGIN: I was contacted by Lt. D. Kennedy reference a boating accident. Lt. Kennedy advised that there was one reported injury and one person reported missing.

INFORMATION: I spoke with the one call Detective R. Wohfield. Wohfield briefed me on the incident and advised that he was at station 4 doing follow up. Wohfield further advised that a male subject by the name of Michael David Urick 03/25/1971 had been transported to McLaren hospital for treatment and that Uricks's wife was currently missing.

After speaking with Detective Wohfield I completed a search warrant for Michael Urick's blood. Upon completing said warrant it was faxed signed and returned to me by Magistrate D. Goulette of the 41-B district court in Clinton Twp. I then proceeded to McLaren hospital located at 1000 Harrington in the city of Mt. Clemens. Upon arrival I located Urick in ER treatment bay #28. Upon introducing myself to Urick he was awake, alert and willing to speak with me. Urick reports that he had suffered three bruised ribs, a ruptured spleen and possible back injuries. I explained to Urick that I had obtained a search warrant for his blood and that a nurse would be taking said blood. Michael advised that he understood. A copy of the search warrant was forwarded to nursing staff. Upon the completion of the blood draw the blood draw kit was given to ET J. Conklin (see tech report).

I asked Michael to walk me through the evening up to the point of the accident. Michael reports that he and his wife Tamara had taken their boat to Metro Beach at approximately 3:00 PM this date for a boat show. Michael reports that after leaving the boat show that he and Tamara took their boat to a restaurant near Harsens Island called Browns. Michael reports that the couple arrived at Brown's at approximately 06:00 PM and had "some food and drinks". I asked Michael how many drinks he thought he had consumed this evening. Michael reports that he had a "jack and diet" at Brown's and that was the only drink he had consumed all evening.

Michael continued and advised that he and Tamara left Browns at approximately 7:45 PM and headed for home. I asked Michael if he knew how fast he was traveling prior to the accident. Michael stated that he was "doing at least 50 to 55 mph" prior to the accident and that the water was calm. Michael continued and advised that as he was traveling towards the Selfridge boat launch when he saw what appeared to be a white cabin cruiser in his path. Michael reports that the boat did not have its marker lights on and therefore he did not see the boat until the last minute. As a result Michael turned to avoid the other vessel. Michael reports that all he remembers after that is Tamara "flying out of the boat" and then finding himself also flying out of the boat and into the water. Michael's friend Michael Bowman who had been following Michael and Tamara's boat had arrived on scene and removed Michael from the water. Michael advised that he had called out for Tamara but had been unable to locate her prior to being transported to the hospital.

I questioned Michael as to why he was traveling at 50 to 55 MPH at that time of day. Michael reported that the mosquitos were bad and that he and Tamara wanted to get home.

DISPOSITION: Detective M. Morfino and Deputy W. Wilhite arrived and advised that Tamara Urick's body had been

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **Babbitt** | **09/30/2015** | **Babbitt, Darrell** | **9/30/2015** |

**Macomb County Sheriff's Office**
CASE REPORT SUPPLEMENT CASE# **2015-00061592**

**SUPPLEMENTAL NARRATIVE (continuation)**

located. Detective Morfino and I completed death notification with Michael. Upon showing Michael a photo of Tamara (deceased) he advised that the female in the photo was his wife Tamara. Detective Morfino and I gave our condolences to Michael and cleared the hospital.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Babbitt | 09/30/2015 | Babbitt, Darrell | 9/30/2015 |