# Exhibit G

2015012311 DH

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>42-2 JUDICIAL DISTRICT<br>16TH JUDICIAL CIRCUIT | COMPLAINT<br>FELONY | CASE NO.: 15-010878<br>DISTRICT:<br>CIRCUIT: |

| | |
|---|---|
| District Court ORI: MI500145J<br>35071 23 Mile Road, New Baltimore, MI 48047 586-725-9500 | Circuit Court ORI: MI500015J<br>40 N. Main, Mount Clemens, MI 48043 586-469-5208 |

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN | V Defendant's name and address<br>MICHAEL DAVID URICK W / M<br>46010 EDGEWATER ST.<br>CHESTERFIELD, MI 48051 | Victim or complainant<br><br>Complaining Witness<br>DET. RYAN WOHLFIELD |
| Co-defendant(s) | | Date: On or about<br>09/18/2015 |

| City/Twp./Village | County in Michigan | Defendant TCN | Defendant CTN | Defendant SID | Defendant DOB |
|---|---|---|---|---|---|
| HARRISON TWP | Macomb | | 50-15012311-01 | 219943T | 03/25/1971 |

| Police agency report no. | Charge | DLN Type: | Vehicle Type | Defendant DLN |
|---|---|---|---|---|
| 50MASH 61592-15 | See below | | | U 620 603 135 239 |

Witnesses

DET. RYAN WOHLFIELD OIC APA WILLIAM CATALDO (P37673)

STATE OF MICHIGAN, COUNTY OF MACOMB

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

**COUNT 1:** MARINE SAFETY - NEGLIGENT CRIPPLING/HOMICIDE
did operate a vessel at an immoderate rate of speed or in a careless, reckless or negligent manner, but not wilfully or wantonly, to-wit: too fas for conditions (including but not limited to lighting conditions), thereby crippling or causing the death of Tamara Urick; contrary to MCL 324.80172. [324.80172]
HIGH COURT MISDEMEANOR: 2 Years and/or $2,000.00

**COUNT 2:** MARINE SAFETY - NEGLIGENT CRIPPLING/HOMICIDE
did operate a vessel at an immoderate rate of speed or in a careless, reckless or negligent manner, but not wilfully or wantonly, to-wit: too fast for conditions (including but not limited to lighting conditions), thereby crippling or causing the death of Justin Myles; contrary to MCL 324.80172. [324.80172]
HIGH COURT MISDEMEANOR: 2 Years and/or $2,000.00

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

The complaining witness asks that defendant be apprehended and dealt with according to law.

Warrant authorized on ____________________
Date
by:

____________________
William Cataldo P37673
Prosecuting official

____________________
Complaining Witness Signature

Subscribed and sworn to before me on ____________________
Date

____________________
Judge/Court Clerk/Magistrate

DEFENDANT/ATTORNEY