UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF RYAN STEFANOVSKI, as Owner of a certain 1990 270 Sea Ray Motor Vessel, bearing hull ID No. SERM7022K990, for Exoneration from or Limitation of Liability,

Petitioner,
_________________________________/

Case No.: 16-cv-11740
Paul D. Borman
United States District Judge

**ORDER GRANTING DEFAULT JUDGMENT**

WHEREAS, a Petition being filed herein on May 16, 2016 by the Petitioner herein, as owner of a certain 1990 270 Sea Ray motor vessel, bearing Hull Identification No. SERM7022K990 (the "Vessel") praying for Exoneration From or Limitation of Liability pursuant to Title 46 U.S.C. §30501, et. seq. and Rule F of the Supplemental Rules of Certain Maritime and Admiralty Claims, and also contesting his liability independently of the limitation of liability claimed in said Petition for any loss, damage, injury or death arising out of a collision involving the Vessel which reported occurred on September 18, 2015 on Lake St. Clair (the "Collision");

WHEREAS, a monition was issued by this Court against all persons claiming damages for any and all losses, damages, injuries or death arising out of

the Collision, as described in said Petition, citing them to appear before this Court and to file their claims with the Clerk of this Court in writing and under oath, and to serve copies thereof on attorneys for the Petitioner on or before October 15, 2016, and directing that any such persons, or their personal representatives, claiming damages as aforesaid who shall desire to contest the claim of Petitioner, shall answer said Petition;

WHEREAS, by Order dated July 22, 2016, this Court Ordered that a notice shall be issued by the Clerk of this Court to all persons asserting claims with respect to which the Petition seeks exoneration and limitation admonishing such persons to file their respective claims with the Clerk of this Court in writing, and to serve on the attorneys for Petitioner a copy thereof on or before October 15, 2016, or be defaulted, and Ordering that if any claimant desired to contest either the right to exoneration from or limitation of liability, he should file and serve upon the attorneys for Petitioner an Answer to the Petition on or before such date, unless his claim has included an Answer to the Petition, so designated, or be defaulted;

WHEREAS, the July 22, 2016 Order also ordered that public notice of the aforesaid admonition be given by publication in the Macomb Daily and The Detroit News as provided by Supplemental Rule F of the Federal Rules of Civil Procedure;

WHEREAS, notice was given pursuant to the Court's July 22, 2016 Order and Supplemental Rule F;

WHEREAS, no claims have been filed with the Court or received by Petitioner's counsel by the October 15, 2016 monition deadline;

WHEREAS, the Clerk of Court has issued a Certificate of Default on July 11, 2017, noting the default of the Personal Representative of the Estate of Tamar Urick and attorney Bradley B. Harris of Goren, Goren & Harris, P.C.;

NOW, on motion of Timothy J. Jordan, Esq. of Garan Lucow Miller, P.C., attorneys for Petitioner, whose July 11, 2017 Declaration supports all of the foregoing, it is:

ORDERED that Petitioner's Motion for Default Judgment and an Order defaulting all non-filing claimants, closing the monition period and barring future claims is GRANTED;

IT IS FURTHER ORDERED that no person or entity who did not file a claim or answer on or before October 15, 2016, including but not limited to the Personal Representative of the Estate of Tamar Urick and attorney Bradley B. Harris of Goren, Goren & Harris, P.C., shall be permitted to file a claim or answer in this action or pursue any proceedings of any nature or description in any venue whatsoever against Petitioner Ryan Stefanovski, his agents, servants or employees,

or against the Vessel *in rem* for injury, death or other damage or loss arising out of the reported collision.

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated: July 19, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 19, 2017.

s/D. Tofil
Deborah Tofil, Case Manager